# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **LITTLE JOHNNY JOHNSON,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-03196-L-BT** |
| | § | |
| **LORIE DAVIS,** *Director*, **TDCJ-CID,** | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court are Little Johnny Johnson's ("Petitioner") Petition for Writ of Habeas Corpus (Doc. 3), filed November 16, 2016; Petitioner's Amended Petition (Doc. 7), filed February 7, 2017; and Lorie Davis' ("Respondent") Response (Doc. 15), filed June 15, 2017. On May 9, 2018, United States Magistrate Judge Rebecca Rutherford entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny with prejudice Petitioner's petition pursuant to 28 U.S.C. § 2254 for failure to make a substantial showing of the denial of a federal right. On July 2, 2018, Petitioner filed a Motion for De Novo Review (Doc. 28), which the court has reviewed and treated as objections to the Report.

Having reviewed the record in this case, Report, and applicable law, and, having conducted a de novo review of the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** the objections and **dismisses with prejudice** this action for failure to make a substantial showing of the denial of a federal right.

**Order – Page 1**

**It is so ordered** this 18th day of September, 2018.

Sam A. Lindsay
United States District Judge